IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06–cv–00840–EWN–CBS

CASE LOGIC, INC.,
a Colorado corporation,

    Plaintiff,

v.

AQUAPAC INTERNATIONAL LIMITED,
a United Kingdom company,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Vacate and Reset Scheduling Conference (*doc. no. 15*) is **GRANTED**. However, the court would like to meet with parties at the time originally set for a scheduling conference. Accordingly, it is hereby

**ORDERED** that the scheduling conference set for **July 24, 2006, at 1:30 p.m.** is **CONVERTED** into a telephonic status conference.

Parties are **not** required to submit their individual confidential settlement statement(s) and a proposed scheduling order in accordance with the Court's Minute Order dated May 10, 2006.

### **INSTRUCTIONS FOR TELEPHONIC PARTICIPATION**

Parties are directed to consult with each other, prior to the set hearing, to make arrangements for <u>one complete</u> conference call (Courtroom technology requires that all participating parties are to be on the line, *before* the Court is contacted).

Once the call is complete, the Court may be reached by dialing **(303) 844-2117** at the scheduled date/time.

**DATED:**     July 17, 2006